UNITED STATES, Appellee

v

KENNETH D. KELLER, Private,
U. S. Army, Appellant

17 USCMA 165, 37 CMR 429

No. 20,241

July 28, 1967

Colonel *Daniel T. Ghent,* Major *David J. Passamaneck,* and Captain *Robert R. Broxton* were on the pleadings for Appellant, Accused.

Lieutenant *Colonel David Rarick,* Major *John F. Webb, Jr.,* and Captain *William R. Steinmetz* were on the pleadings for Appellee, United States.

Opinion of the Court

PER CURIAM:

This is another general court-martial involving the question before us in United States v DuBay, 17 USCMA 147, 37 CMR 411. Pursuant to the holding in that case, the petition for review is granted; the decision of the board of review is reversed; and the record of trial is returned to the Judge Advocate General of the Army. The board will take action in accordance with the procedure outlined in United States v DuBay, supra.